UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOHN ROBBINS,

        Plaintiff,

  v.

AUDIT SYSTEMS, INC.,

        Defendant.

Civil Action No. 11-cv-00051

---

## **NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff John Robbins, hereby voluntarily dismisses this action against Defendant Audit Systems, Inc., with prejudice.

DATED:  April 6, 2011

_____
Seth Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone:  (716) 564-3288
Facsimile:  (716) 332-1884